# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127011-12 & (49)(54)

DR. GREGORY DERDERIAN, DR. WILLIAM
LIEKWEG, and CARDIOVASCULAR &
THORACIC SURGEONS, P.C.,
       Plaintiffs-Appellants,

v

           SC: 127011-12
           COA: 245339; 248908
           Genesee CC: 99-064922-CK

GENESYS HEALTH CARE SYSTEMS,
GENESYS P.H.O., L.L.C., and GENESYS
REGIONAL MEDICAL CENTER,
       Defendants-Appellees.

_____/

      On order of the Court, the motion for leave to file brief amicus curiae and motion for leave to be added to brief amicus curiae are GRANTED. The application for leave to appeal the August 24, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

d1208

                     Clerk